Melissa Dupré                United States District Court          Criminal Case #: 1:10CR198-2
    Petitioner              for the Middle District of
                                  North Carolina                   Honorable William L Olsteen Jr
  vs.
United States of                  FILED                            Memorandum In Support of
    America                    APR 11 2011                                    2255

Comes now, Petitioner Melissa Dupré In pro se Petitioner Dupré was charged with conspriacy to distribute Cocaine Base And Cocaine hydrochloride. In violation of a Constitutional Act. This memorandum is in support of the federal safety valve. Petitioner Dupré did not Recieve the federal Safety Valve. Petitioner Dupré meets all Limitation on Applicability of Statutory minimum To Recieve The safety Valve. Petitioner Dupré was sentenced to 120 months In violation of the Constitutional Act. Petitioner Dupré is Asking the court to Apply the Safety Valve to her Sentence Being that Petitioner meets all Requirements. Petitioner Dupré is Petitioning the court that Has Jurisdiction to decide on her conduct If the court would apply the safety valve pursuant to 28 U.S.C 3533.

Declaration under penalty of perjury

The undersigned declares under penalty of perjury that she is the petitioner in this action that she has read & wrote the petition and that the information contained in this petition is true and correct.

Executed at Alderson federal prison on the B6th day of April 2011,

Melissa Dupre
Pro Se
Inmate # 26612-057

# CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing, Memorandum and Authorities in support of 2255 Petition upon following address by placing in a sealed envelope bearing sufficient postage for delivery via United States mail sent to:

> Middle District of North Carolina
> Clerk of Court
> PO Box 2708
> Greensboro NC 27402

Which was hand delivered to prison authorities at the mailroom provided for inmates on the grounds of the Alderson Federal Prison Camp in Alderson West Virginia on the 6th day of April 2011.

Melissa Dupré
Alderson Federal Prison Camp
Box A
Alderson, W.Va 24910